IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS G. WOLFE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-27-L |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On September 21, 2007, Magistrate Judge Robert E. Bacharach entered his Report and Recommendation in this action brought by plaintiff for judicial review of the final decision of the defendant Commissioner denying his applications for disability insurance and supplemental security income benefits. The Magistrate Judge recommended that the Commissioner's decision be reversed and remanded for further administrative proceedings.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the **decision of the Commissioner to deny plaintiff's applications for benefits is REVERSED. The case is REMANDED to the Commissioner for further administrative proceedings consistent with the September 21, 2007 Report and Recommendation of the Magistrate Judge.**

It is so ordered this 16th day of October, 2007.

*/s/ Tim Leonard*
TIM LEONARD
United States District Judge